## No. 09-419. Kentucky, Petitioner v. Eddie Cardine and Michael Curry.

559 U.S. 1025, 130 S. Ct. 1879, 176 L. Ed. 2d 399, 2010 U.S. LEXIS 2451.

March 22, 2010. Motion of respondents for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 283 S.W.3d 641.

## No. 09-527. Jeffrey A. Beard, Secretary, Pennsylvania Department of Corrections, et al., Petitioners v. Brian Thomas.

559 U.S. 1025, 130 S. Ct. 1942, 176 L. Ed. 2d 399, 2010 U.S. LEXIS 2463.

March 22, 2010. Motion of respondents for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 570 F.3d 105.

## No. 09-571. Harry F. Connick, District Attorney, et al., Petitioners v. John Thompson.

559 U.S. 1004, 130 S. Ct. 1880, 176 L. Ed. 2d 399, 2010 U.S. LEXIS 2612.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted limited to Question 1 presented by the petition.

Same case below, 578 F.3d 293.

## No. 09-669. Anthony DiPlacido, Petitioner v. Commodity Futures Trading Commission.

559 U.S. 1025, 130 S. Ct. 1883, 176 L. Ed. 2d 399, 2010 U.S. LEXIS 2461.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 364 Fed. Appx. 657.